# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 3, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

    Re: Robert W. Grine, II, et al.
        v. Ronald W. Coombs, Executor of the Estate of William R.
        Coombs, Deceased, et al.
        No. 04-1466
        (Your No. 03-3028)

*95-CV-00343 E  WE*

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk