IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRINE, ET AL | ) |
| | ) |
| v. | ) |
| | )   CA 95-342 Erie |
| YOST, ET AL | ) |
| | ) |

ORDER

AND NOW, this **3rd** day of February, 2006, it appearing to the court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the pleadings/case impounded in the office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The pleadings/case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings/case shall file a request with the Clerk with notification to all parties. This file/pleading is to remain sealed for the next **10** years.

Documents: Docs. 132 (part 1 of 2)

_____s/Sean J. McLaughlin_____
U.S. DISTRICT JUDGE