IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-3028 |
| | ) | |
| JANICE S. HAAGENSEN, | ) | |
| | ) | |
| Defendant. | ) | Electronically Filed |

**REQUEST FOR ABSTRACT OF JUDGMENT**

To Robert V. Barth, Clerk of Court:

Please certify the Abstract of Judgment attached hereto as Exhibit "A" and incorporated herein pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3201.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


s/MICHAEL COLVILLE
MICHAEL COLVILLE
Assistant U.S. Attorney
Counsel for Plaintiff
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412) 894-7337
(412) 644-5870 - fax
Michael.Colville@usdoj.gov
PA56668

# ABSTRACT OF JUDGMENT

### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained: | Names of Parties in whose favor judgments have been obtained: |
|---|---|
| Janice S. Haagensen<br>349 New Road<br>Enon Valley, PA 16120 | UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| 1) The Federal Appellees Motion for attorney's fees is GRANTED in full, amounting to $42,317.13… 2) The Borough Appellees Motion for attorney fees is GRANTED in full, amounting to $2,691.00. | MICHAEL COLVILLE<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>U.S. Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | January 18, 2005<br>Civil Action No. 03-3028 |

**UNITED STATES OF AMERICA,**   **CLERK'S OFFICE**   **U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
SS.

**I CERTIFY**, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date _____

ROBERT V. BARTH, CLERK

By: _____, Deputy Clerk