Submitted Under Third Circuit LAR 34.1(a)
May 13, 2004

Before: NYGAARD, McKEE, and CHERTOFF, Circuit Judges.

---

ORDER

---

1) The Federal Appellees Motion for attorney's fees is **GRANTED** in full, amounting to $42,317.13. This Motion is granted without prejudice to Appellees returning to this Court to recover costs and fees expended in litigating this motion.

2) The Borough Appellees Motion for attorney fees is **GRANTED** in full, amounting to $2,691.00. This Motion is granted without prejudice to Appellees returning to this Court to recover costs and fees expended in litigating this motion.

3) The above damages are to be paid by Grine's counsel, Janice Haagensen.


/s/ Richard L. Nygaard
Circuit Judge

Date: October 21, 2004